FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 21  P 4: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACKIE DAMONE

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO  00-302

SECTION "N"(5)

ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objections to the Magistrate

Judge's Report and Recommendation filed by the plaintiff on June 12, 2000 hereby approves the

Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion

herein. Therefore,

IT IS ORDERED that the application for federal habeas corpus relief of Jackie Damone

is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _21_ day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 2 2 2000

X ____
CtRmDep
Doc.No.