

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 21  P 4: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JACKIE DAMONE

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO.  00-302

SECTION "N"(5)

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate

Judge and having adopted it as its opinion herein;

IT IS ORDERED, ADJUDGED AND DECREED that the application for federal habeas

corpus relief of Jackie Damone is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 21 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

JUN 2 2 2000

Fee
Process
X Dkd
CtRmDep
Doc.No.