UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Jackie Damone                          Civil Action No. 00-302
versus                                 Section "N"(5)
Burl Cain, Warden

### INTENT TO APPEAL JUDGMENT

MAY IT PLEASE THE COURT:

Now into this Honorable Court comes pro-se petitioner, Jackie Damone, who respectfully files this Notice to Appeal the Judgment and Order dated June 21, 2000. Petitioner avers that the decision and order rendered by this court is contrary to or an unreasonable application of Supreme Court Law and mandates, therefore, petitioner gives notice to file an appeal with the United States Fifth Circuit Court of Appeals in New Orleans, Louisiana.

Thus done, signed and respectfully submitted by the below pro-se petitioner on this 6th day of July, 2000.

*/s/ Jackie Damone*

Jackie Damone  #  66797          Pro-Se
Cypress Unit - 4
Louisiana State Penitentiary
Angola, Louisiana  70712