FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 19 AM 8: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jackie Damone #66797                                    CIVIL ACTION

VERSUS                                                  NO. 00-302

Burl Cain                                               SECTION "N" (5)

## CERTIFICATE OF APPEALABILITY

    A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

_____

☒    a certificate of appealability shall not be issued for the following reason(s):

The petitioner has not made a substantial showing of the denial of a constitutional right.

_____

Date: 7-18.00                                    _____
                                                 UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 1 9 2000