IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 10 2000

LORETTA G. WHYTE
CLERK

No. 00-30859
USDC No. 00-CV-302-N

U.S. COURT OF APPEALS
FILED

OCT 6 2000

CHARLES R. FULBRUGE III
CLERK

JACKIE DAMONE,

Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary,

Respondent-Appellee.

--------------------

Appeal from the United States District Court
for the Eastern District of Louisiana

--------------------

O R D E R:

Jackie Damone, Louisiana prisoner #66797, seeks a certificate of appealability (COA) to appeal from the dismissal of his habeas corpus application. Damone contends that the district court erred by finding his federal habeas application procedurally barred; that the district court erred by finding his application time-barred because the limitations period was tolled while he pursued relief in state court; that *Campbell v. Louisiana*, 523 U.S. 392 (1998), applies retroactively to cases on collateral review; and that the grand-jury selection procedures in his case violated *Campbell*.



O R D E R
No. 00-30859
- 2 -

When a district court denies § 2254 relief on procedural

grounds without reaching the merits of the § 2254 application,

this court should grant a COA only if the COA movant can show

that jurists of reason would find it debatable whether the movant

has stated a valid claim of the denial of a constitutional right

and that jurists of reason would find it debatable whether the

district court's procedural ruling was correct.  *Slack v.*

*McDaniel*, 120 S. Ct. 1595, 1604 (2000).  Damone has not shown

that it is debatable whether the district court's determination

that his application was time-barred was correct.  He has not

made the showing necessary to obtain a COA; accordingly, his COA

motion is DENIED.

ROBERT M. PARKER
UNITED STATES CIRCUIT JUDGE

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By:
Deputy
New Orleans, Louisiana    OCT  6 2000